# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RONNIE JEROME JACKSON, III, | Case No. 18-CV-2889 (MJD/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| MONICA ARONS, DIANE DAU, JOHN DOE 1, CHERI MAYER, DR. QUIRAM, and TINA SNEED, | |
| Defendants. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 17, 2019

s/ Michael J. Davis
Michael J. Davis
U.S. District Judge